UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NOVICE SANDOVAL, a married woman, as her separate estate,<br><br>Plaintiff,<br><br>vs.<br><br>FRANCISCAN HEALTH SYSTEM, a Washington Non-Profit Corporation, D.B.A. SAINT JOSEPH MEDICAL CENTER; and, CATHOLIC HEALTH INITIATIVES, a Colorado Non-Profit Corporation,<br><br>Defendants. | NO. 14-cv-05597-RBL<br><br>STIPULATED ORDER OF DISMISSAL |

## I. STIPULATION

COMES NOW Plaintiff, Novice Sandoval, by and through Peter J. Kesling, her attorney of record, and Defendants, FRANCISCAN HEALTH SYSTEM, a Washington Non-Profit Corporation, D.B.A. SAINT JOSEPH MEDICAL CENTER; and, CATHOLIC HEALTH INITIATIVES, a Colorado Non-Profit Corporation, by and through Michele Haydel Gehrke of Polsinelli PC, Polsinelli LLP, their attorney of record, stipulate that the cause or causes herein be dismissed with prejudice and without fees or costs to either party.

Stip and Dismissal Order - 1
H:\ORDERS\Sandoval dismissal.doc

The
KESLING LAW FIRM, PLLC
1201 Pacific Avenue, Suite 600
PO BOX 9073
TACOMA, WA 98490
(253)564-4987
FAX (253)295-4488

DATED this 16th day of October, 2015.

/s/Michele Haydel Gehrke          /s/Peter J. Kesling
Michele Haydel Gehrke              Peter J. Kesling, WSBA No. 29342
Attorney for Defendants            Attorney for Plaintiff

/s/Michael Madden
Michael Madden, WSBA 8747
Attorney for Defendant

## II. ORDER

THIS MATTER having come on regularly for hearing upon the stipulation of the parties above contained, and the court being fully advised in the premises, now, therefore, it is hereby

ORDERED that the cause or causes of action herein be and the same is/are hereby dismissed with prejudice and without attorney fees or costs to either party.

DONE IN OPEN COURT this 19th day of October, 2015.

_____
Ronald B. Leighton
United States District Judge

Presented by:

/s/Peter J. Kesling
Peter J. Kesling, WSBA No. 29342
Attorney for Plaintiff

Approved as to Form, Notice of
Presentation Waived:

/s/Michelle Haydel Gehrke
Michele Haydel Gehrke, of Attorney for Defendants

/s/Michael Madden
Michael Madden, WSBA 8747
Attorney for Defendant

Stip and Dismissal Order - 2
H:\ORDERS\Sandoval dismissal.doc

The
KESLING LAW FIRM, PLLC
1201 Pacific Avenue, Suite 600
PO BOX 9073
TACOMA, WA 98490
(253)564-4987
FAX (253)295-4488